**NOT FOR PUBLICATION**

FEB 24 2010

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTHONY W. CHIU, | No. 07-72886 |
| Petitioner, | Agency No. A077-250-473 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM * |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010 **

Before:      FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Anthony W. Chiu, a native and citizen of Canada, petitions pro se for review

of the Board of Immigration Appeals' ("BIA") order denying his motions to

reopen and reconsider.  Our jurisdiction is pursuant to 8 U.S.C. § 1252.  We review

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

KS/Research

for abuse of discretion the denial of motions to reopen and reconsider, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005), and we deny in part and dismiss in part the petition for review.

The BIA properly construed Chiu's April 26, 2007, filing as a motion to reopen and reconsider. *See id*. at 793. So construed, the BIA did not abuse its discretion in denying the motion to reopen because Chiu failed to offer any new or previously unavailable evidence. *See* 8 C.F.R. § 1003.2(c)(1).

The BIA did not abuse its discretion in denying the motion to reconsider as untimely because it was filed beyond the thirty-day time limit for motions to reconsider. *See* 8 C.F.R. § 1003.2(b)(2).

We lack jurisdiction to review Chiu's challenges to the agency's February 28, 2007, order because this petition for review is not timely as to that order. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**